UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JANIE JONES                                                                                     PLAINTIFF

VS.                                                   CIVIL ACTION NO.5:08cv321-DCB-JMR

HAMILTON T. D'AQUILLA                                             DEFENDANT

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS DAY this cause came on to be heard on the joint motion *ore tenus* ("motion") of Plaintiff Janie Jones and Defendant Hamilton T. D'Aquilla ("Defendant") for a Judgment of Dismissal With Prejudice ("Judgment") of all claims of each and every nature pending in this action of Plaintiff against Defendant, and it being stipulated and made known to the Court that all of said claims have been fully compromised and settled as between Plaintiff and Defendant, and that there remain no issues to be litigated by or between Plaintiff and Defendant or adjudicated by the Court, and that Plaintiff and Defendant agree that all of said claims should be dismissed, with prejudice, and that Plaintiff and Defendant consent to the entry of this Judgment; the Court being fully advised in the premises, and having maturely considered same, is of the opinion and finds that the motion is well taken and should be sustained.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED that all claims pending in this action of Plaintiff against Defendant should be and the same are hereby dismissed, with prejudice, with all parties bearing their own costs.

IT IS FURTHER HEREBY ORDERED that Plaintiff and her counsel shall resolve, as part of the agreed settlement between the parties, any and all subrogation and/or assignment and/or other claims of any insurers, medical care providers and/or suppliers, Medicaid and/or Medicare and any other governmental or other entities that exist as a result of the subject accident and/or injuries and/or damages to Plaintiff.

SO ORDERED AND ADJUDGED on this the 10th day of June, 2009.

                                   s/ David Bramlette
                             UNITED STATES DISTRICT JUDGE

AGREED AS TO CONTENT AND FORM:

    s/Robert C. Boyd
ROBERT C. BOYD, MBN 4218
ATTORNEY FOR PLAINTIFF

    s/Sam S. Thomas
SAM S. THOMAS, MBN 8307
ATTORNEY FOR DEFENDANT